\*\* **E-filed January 6, 2011** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHSEN MASOUMI,<br><br>    Plaintiff,<br><br>  v.<br><br>ADLER WALLACH & ASSOCIATES, INC., d/b/a/ AWA COLLECTIONS,<br><br>    Defendant.<br>_____/ | No. C10-04993 HRL<br><br>**ORDER (1) VACATING DEADLINES AND THE INITIAL CASE MANGEMENT CONFERENCE AND (2) SETTING SHOW CAUSE HEARING RE: SETTLEMENT**<br><br>**[Re: Docket No. 5]** |

Plaintiff advises the Court that the parties have entered into a settlement in the above-entitled action and requests that the Court vacate all dates currently set. Good cause appearing, the pending deadlines and hearings in this case, including the Initial Case Management Conference currently set for January 11, 2011, are vacated. On or before **February 22, 2011**, plaintiff shall file a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by this date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **March 1, 2011 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

**IT IS SO ORDERED.**

Dated: January 6, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-04993 HRL** N**otice will be electronically mailed to:**

Todd Michael Friedman     tfriedman@attorneysforconsumers.com,
dshaw@attorneysforconsumers.com,
ecampany@attorneysforconsumers.com,
jrea@attorneysforconsumers.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**